# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA AND MATTHEW KOLESAR,<br><br>Plaintiffs,<br><br>v.<br><br>SHOWTIME NETWORKS INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-159 |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Robert Jahoda and Matthew Kolesar, by and through their undersigned counsel, and hereby advise this Honorable Court that they have reached an agreement in principle with Defendant, Showtime Networks Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Date: July 2, 2021

*/s/ Nicholas A. Colella*
R. Bruce Carlson
Nicholas A. Colella
Ian M. Brown
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com
ibrown@carlsonlynch.com

*Attorneys for Plaintiff*