IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and MATTHEW KOLESAR, <br><br> Plaintiffs, <br><br> v. <br><br> SHOWTIME NETWORKS, INC., <br><br> Defendant. | Case No. 2:21-cv-00159-WSS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Robert Jahoda and Matthew Kolesar ("Plaintiffs") and Defendant Showtime Networks, Inc., ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Date: August 30, 2021

Respectfully submitted,

*/s/ Lindsey C. Kennedy*
Lindsey C. Kennedy
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-2105
lkennedy@eckertseamans.com

John M. Magliery
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6444

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Nicholas A. Colella
Ian M. Brown
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com
ibrown@carlsonlynch.com

*Attorneys for Plaintiffs*

Fax: (212) 379-5212
johnmagliery@dwt.com

2